

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,250-01

### EX PARTE FELICIANO CRUZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-16002706-F(1) IN THE 214TH DISTRICT COURT
### FROM NUECES COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of one count of murder and one count of tampering with or fabricating physical evidence. He was sentenced to life imprisonment for the murder and ten years' imprisonment for the tampering with evidence, to be served concurrently. The Thirteenth Court of Appeals affirmed his conviction. *Cruz v. State*, No. 13-17-00683-CR (Tex. App. — Corpus Christi January 9, 2020) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On January 19, 2021, the trial court entered an order designating issues. The district clerk forwarded this application to this Court before the trial court made findings of fact and conclusions

of law.  We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order.  The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions.  *See* TEX. R. APP. P. 73.4(b)(4).  Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: February 10, 2021
Do not publish